*Louis Phillips, William P. Thomas, Irving Cohen* and *Austin C. Keough* for appellant.

*I. Maurice Wormser, William Klein, Milton R. Weinberger* and *Adolph Lund* for respondent.

Appeal dismissed, with costs, and certified question not answered. The certified question is not decisive of the issue, which is one of fact. It is not a question of power but of discretion. No opinion.

Concur: CRANE, Ch. J., LEHMAN O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

In the Matter of Dr. ALEXANDER NESHAMKIN, Appellant, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued September 25, 1939; decided October 10, 1939.

*I. Maurice Wormser* and *Rudolph Stand* for appellant.

*John J. Bennett, Jr., Attorney-General (Bernard Bienstock* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

In the Matter of S. ROBERT KAHN, Appellant, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.

Argued September 25, 1939; decided October 10, 1939.